IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALLURE ENERGY, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:15-cv-00079-RP |
| | § | |
| HONEYWELL INTERNATIONAL, INC. | § | JURY TRIAL |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Allure Energy, Inc. ("Allure") respectfully files this unopposed motion for a sixty day extension of time for Honeywell International, Inc. ("Honeywell") to answer or otherwise respond to Allure's Complaint in this matter. Honeywell was served with Allure's Original Complaint on February 4, 2015 and requested a sixty (60) day extension of time, up to and including April 27, 2015, to respond to Allure's Original Complaint. Plaintiff has agreed, subject to the Court's approval, to allow Honeywell a sixty (60) day extension of time, up to and including April 27, 2015, to respond in any manner whatsoever including by way of answer, motion or other pleading of any type to Allure's Original Complaint. This is the first request for an extension of time to respond to Allure's Complaint sought by the parties.

Allure, accordingly, requests that the time for Honeywell to answer, move or otherwise respond to Allure's Original Complaint be extended to and including April 27, 2015.

Dated: February 20, 2015

        Respectfully submitted,

        **McKool Smith, P.C.**

        */s/ Kathy H. Li*
        Douglas A. Cawley
        Texas Bar No. 04035500
          (admitted *pro hac vice*)
        dcawley@mckoolsmith.com
        MCKOOL SMITH, P.C.
        300 Crescent Court, Suite 1500
        Dallas, TX 75201
        Telephone: (214) 978-4000
        Facsimile:  (214) 978-4044

        Kathy H. Li
        Texas Bar No. 24070142
        kli@mckoolsmith.com
        MCKOOL SMITH, P.C.
        300 W. 6th Street, Suite 1700
        Austin, TX 78701
        Telephone: (512) 692-8700
        Facsimile:  (512) 692-8744

        Courtland L. Reichman
        California Bar No. 268873
          (admitted *pro hac vice*)
        creichman@mckoolsmith.com
        Bahrad A. Sokhansanj
        California Bar No. 285185
          (admitted *pro hac vice*)
        bsokhansanj@mckoolsmith.com
        MCKOOL SMITH, P.C.
        255 Shoreline Drive, Suite 510
        Redwood Shores, CA 94065
        Telephone: (650) 394-1400
        Facsimile:  (650) 394-1422

        John S. Artz
        Michigan Bar No. P48578
          (admitted *pro hac vice*)
        jsartz@dickinsonwright.com
        DICKINSON WRIGHT PLLC
        2600 West Big Beaver Road, Suite 300

        Troy, Michigan 48084-3312
        Telephone: (248) 433-7200
        Facsimile:  (248) 433-7274

        **ATTORNEYS FOR PLAINTIFF**
        **ALLURE ENERGY, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed a copy of the ECF notification and the filing to the following:

Jose R. Gonzalez-Magaz
Chief Litigation Counsel
Honeywell – Automation and Control Solutions
1985 Douglas Drive N
Golden Valley, MN 55422
Jose.gonzalez-magaz@honeywell.com

                                         */s/ Kathy H. Li*

                                         Kathy H. Li