IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALLURE ENERGY, INC., A Delaware corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 1:15-CV-00079-RP |
| | § § | |
| HONEYWELL INTERNATIONAL, INC., a Delaware corporation, | § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that any and all claims and causes of action asserted by Plaintiffs against any and all Defendants and any and all counterclaims asserted by Defendants against Plaintiffs in the above-referenced matter are hereby dismissed without prejudice.

It is further ORDERED that each party shall bear its own costs.

SIGNED on April 25, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE